UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL EDWARD CALLAHAN, )
         Plaintiff, )
) No. 1:19-cv-1034
-v- )
) Honorable Paul L. Maloney
JUDY ELLEN BREGMAN, et al., )
         Defendants. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 12), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: August 4, 2020                                      /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                       United States District Judge